IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| KATHRYN LEE BUSH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No 4:17-CV-00388-NKL |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JUDGMENT IN A CIVIL CASE

\_\_\_    Jury Verdict.    This action came before the Court for a trial by jury.

X    Decision by Court.    This action came to trial or hearing before the Court. The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to the Order entered by the Honorable Nanette Laughrey on August 11, 2017, Plaintiff's unopposed motion for attorney fees pursuant to the Equal Access to Justice Act, Doc. 15 , is granted. The Court awards EAJA fees in the amount of $750.00 paid by the Social Security Administration. Plaintiff has signed a fee agreement assigning any EAJA fee to Plaintiff's attorney. Defendant will verify whether Plaintiff owes a debt to the United States that is subject to offset. If there is no debt owed by Plaintiff, the fee will be made payable to Plaintiff's attorney based on the assignment

Date: August 14, 2017            PAIGE WYMORE-WYNN
                                 Clerk of Court

                                 s/ RENEA MATTHES MITRA
                                 By: Renea Matthes Mitra, Courtroom Deputy